IN THE SEVENTH JUDICIAL COURT OF APPEALS
AMARILLO, TEXAS

FILED
APR 06 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

BRYAN KEITH PRICE §
TDCJ-ID No. 1846244
     Relator, §

          §

Vs. §   Cause No. 07-15-00137-CV

JUDGE STUART MESSER §
100TH JUDICIAL DISTRICT
     Respondant §

          §

---

## PLAINTIFF'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS

---

COMES NOW, BRYAN KEITH PRICE, Relator, pro se in the above styled cause of action and files this, his "ORIGINAL APPLICATION FOR WRIT OF MANDAMUS" and will show this Honorable Court the following:

### I.

### JURISDICTION

Bryan Keith Price, TDCJ-ID No. 1846244 is an offender in the Texas Department of Criminal Justice and is appearing pro se, who can be located at 59 Darrington Rd, Rosharon Texas 77583, and That this honorable Court has Jurisdiction to entertain said "Writ of Mandamus", pursuant to Art. 22.221. Government Code, Art. 1 Section 10, Texas Constitution; and U.S.C.A. Amend. 5;6; and 14.

### II.

### ACT SOUGHT IS MINISTERIAL

That your Relator filed was granted a "FREE" Reporters Record by the Honorable Judge Messer of the 100th Judicial District of Collinsworth County, Texas on July 11th,2013and that

1.

your Relator has yet to lay eyes on the same due to Counsel's negligence at the Appellate level. Not only did appellate counsel not discuss the case at all with his "Client", but he failed to allow his "Client" to view the reporters Record. What good is a free Reporters Record to the appellate if he cannot be part of the reviewing process? Furthermore, an attorney who knows his client is indigent is doing said client a tremendous disservice by not taking the time to make a copy of the "FREE" Reporters Record for his client, since the chances of winning a direct appeal in the State of Texas are less than 2%, and this extreme lack of consideration on Counsel's part makes it virtually impossible for the Appellate to be able to adequately complete a reasonable assessment of his Appellate Counsel's work on said direct appeal, as well as making it incredibly tough on his Habeus Corpus proceeding. Your Relator contacted the State bar regarding the lack of of communication from his attorney, and is enclosing said exhibits for purposes of this Honorable Court's review.

Additionally, your Relator has filed a motion with the 100th Judicial district court in Collingsworth County, Texas on October 17th, 2014 requesting to review the transcripts that were to be "FREE" to him, and has yet to hear a response. Subsequently, your Relator sent a letter on December 18th, 2014 notifying the 100th Judicial Court that he has yet to hear from them regarding this very important matter(SEE EXHIBITS 1 AND 2.) The act requested by your Relator is in fact ministerial and your Relator would enjoy an immediate response as the Court has had said "MOTION" for 5 months, and his clock is ticking as

2.

far as his Federally allocated AEDPA time, and he is in fact already set way behind due to the Court's negligence regarding a response in a matter so critical to your Relator.

## III.

### RELATOR HAS EXHAUSTED ALL HIS REMEDIES

Your Relator has in fact exhausted all of his remedies and has no other remedy at law regarding this situation, as previously noted.

### PRAYER

Your Relator prays that this Honorable Court grant him this his petition for Writ of Mandamus, and require the lower Court to rule on his Motion so that he may proceed accordingly. Your Relator makes this showing in "GOOD FAITH" and asserts that it is in the interest of Justice to compel the Respondant to act on his Writ.

RESPECTFULLY SUBMITTED,

*Bryan Price*
BRYAN KEITH PRICE (Pro se)
TDCJ-ID No. 1846244
DARRINGTON UNIT
59 DARRINGTON RD.
ROSHARON, TEXAS 77583

## CERTIFICATE OF SERVICE

I, BRYAN KEITH PRICE, relator, Pro se, file this "WRIT of MANDAMUS" in good faith, and in the interest of justice, and hereby certify that a true and correct copy of the foregoing "WRIT" was placed in the United States Mail, in a wrapper, with pre-paid postage affixed thereto, on this the 29th day of March 2015.

BRYAN KEITH PRICE
RELATOR, PRO SE
TDCJ-ID No. 1846244
DARRINGTON UNIT
59 DARRINGTON RD.
ROSHARON, TEXAS 77583

BRYAN KEITH
T.D.C.J.# 1846244
DARRINGTON UNIT
59-DARRINGTON RD.
ROSHARON, TEXAS
           77583

12 / 18 /2014

TO: JACKIE JOHNSON DISTRICT CLERK
    COURTHOUSE 800 WEST AVE.
    BOX 10
    WELLINGTON, TEXAS
           79095

RE: MOTION FOR TRIAL TRANSCRIPTS ON CASE NUMBER 2880.

Dear Clerk,

   On 10/17/2014, I sent a Motion to Review the trial transcripts on the above mention case number. So far, I haven't heard or receive any answer from your court, concerning this very important matter. I would like to request your help. Can you please inform me of the statutes of the above mention Motion to review the trial transcripts. I am trying to file a habeas corpus and as you know, I will need those documents to submit a factual and meaningful application for the writ. Please help me out.
Thank you in advance.

                              RESPECTFULLY SUBMITTED

                              Bryan Price
                              ─────────────────
                                   PRO SE

Mr. Griffin:                                    MAY 16, 2014

   I would first and foremost like to notify you of my change of address which will be listed following the close of this letter./

   Additionally, I would like to thank you for doing my 'PDR', this probably will not come as a shock to you but I did not even know you were doing my 'PDR' for me as I never received my actual judgement from the Court of criminal appeals. Although I am sure that it was just an oversight on your part, certainly you would agree that it was in fact a significant one. the court's answer regarding my freedom is certainly important!

   Anyway, as I am sure you are aware my clock is ticking in accordance with the rules set forth within AEDPA so I will need to obtain my complete file from you, INCLUDING MY TRIAL TRAN-SCRIPTS AS WELL AS THE JUDGEMENT FROM THE APPELLATE COURT AND A COPY OF THE PETITION FOR DISCRETIONARY REVIEW THAT WAS SUBMITTED BY YOU ON MY BEHALF. As you are well aware, I cannot complete my 11.07 without them and due to the time constraints placed on me by the AEDPA, I need to start this process yesterday as I am but a layman of the law and have been and will be trying mightily to prove my innocence.

   Thank you for your time and cooperation in this matter along with your expediate response to my request.

                                  SINCERELY,

                                  BRYAN KEITH PRICE
                                  TDCJ-ID No. 01846244
                                  59 DARRINGTON RD.
                                  ROSHARON TEXAS,77583

ORIGINAL PLUS TWO COPIES
1 MY FILE
1 STATE BAR IF NO RESPONSE

## NO. 2880

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| vs. | § | 100th JUDICIAL DISTRICT |
| | § | |
| BRYAN KEITH PRICE | § | COLLINGSWORTH        COUNTY, TEXAS |

## ORDER

On _____7-10_____, 2013, came on to be considered Bryan Keith Price's Request for Preparation of Reporter's Record and Designation of Matters to be Included, and said motion is hereby

(Granted) (Denied)

/s/
_____
JUDGE PRESIDING

## NO. 2880

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 100th JUDICIAL DISTRICT |
| | § | |
| BRYAN KEITH PRICE | § | COLLINGSWORTH COUNTY, |
| | § | TEXAS |

## ORDER

On _July 11_, 2013, came on to be considered Bryan Keith Price's Motion for Free Reporter's Record on Appeal, and said motion is hereby

(Granted) (Denied)

_____
JUDGE PRESIDING

# STATE BAR OF TEXAS



Jessica A. Bergeman
Program Director

Client-Attorney Assistance Program
1-800-932-1900

August 20, 2014

Mr. Bryan Keith Price #01846244
59 Darrington Rd.
Rosharon, TX 77583

Re:      Mr. Earl Griffin, Jr., Attorney at Law
Record   #647188

Dear Mr. Price:

Thank you for contacting the State Bar of Texas regarding your concerns about the communication between you and Mr. Griffin. He has since contacted our office, enclosed is a copy of his response.

Because the Client-Attorney Assistance Program (CAAP) has successfully re-established communication between you and your lawyer, this letter also serves to advise you that we will now be closing our file on this matter.

The CAAP staff is pleased to have been able to assist you. Please take a few minutes to fill out the enclosed postage-paid survey. Your response will be appreciated. If you have any questions, please feel free to contact me again at the address listed below or by dialing 1-800-204-2222, ext. 1780.

Sincerely,

Jesus A. Chacon
Program Associate
Client- Attorney Assistance Program

Enclosure

Cc:    Mr. Earl Griffin, Jr., Attorney at Law

# STATE BAR OF TEXAS



**Jessica A. Bergeman**
**Program Director**

**Client-Attorney Assistance Program**
**1-800-932-1900**

August 11, 2014

Mr. Earl Griffin, Jr.
Attorney at Law
P. O. Box 730
Childress, TX 79201-0730

>       RE:          Mr. Bryan Keith Price #01846244
>       Record:      #647188

Dear Mr. Griffin:

Recently, Mr. Price contacted the Client-Attorney Assistance Program (CAAP). CAAP is a confidential dispute resolution program of the State Bar of Texas. Its objective is to facilitate communication and the transfer of documents to assist Texas lawyers and their clients in resolving minor concerns, disputes, or misunderstandings that impact the Attorney-Client relationship. In most cases, the issues do not rise to the level of a grievance. *In others, CAAP is able to help resolve problems that if **neglected** may become a grievance.*

Mr. Price expressed concerns regarding the legal matter you are handling for him. He indicated that he has tried resolving this on his own but has been unsuccessful. Consequently, he requested that CAAP assist by contacting you. For your convenience, enclosed is a copy of his most recent correspondence, which appears to request a production of client file. Pease contact Mr. Price to address his concerns:

> *Mr. Bryan Keith Price #01846244*
> *59 Darrington Rd.*
> *Rosharon, TX 77583*

When responding to Mr. Price's concerns, please advise CAAP that communication has been re-established. If it is more convenient, you may cc CAAP without attachments on your written response via email, fax or letter so that we may continue to facilitate if necessary. If I can be of further assistance in resolving this issue, please contact me at (800) 204-2222 ext. 1777.

Sincerely,

Jessica A. Bergeman, J.D.
Program Director

JAB/jac

Enclosure

Cc: Mr. Bryan Keith Price #01846244

# STATE BAR OF TEXAS



Jessica A. Bergeman
Program Director

Client-Attorney Assistance Program
1-800-932-1900

August 11, 2014

Mr. Bryan Keith Price #01846244
59 Darrington Rd.
Rosharon, TX 77583

> RE: Mr. Earl Griffin, Jr., Attorney at Law
> Record #647188

Dear Mr. Price:

Thank you for contacting the Client-Attorney Assistance Program (CAAP) for help in restoring communication between you and your attorney, Mr. Griffin. CAAP is a voluntary statewide dispute resolution program of the State Bar of Texas whose objective is to facilitate the transfer of documents to assist Texas lawyers and their clients in resolving minor concerns, disputes, or misunderstandings impacting the Attorney-Client relationship.

The enclosed letter was mailed to Mr. Griffin. This is a formal but friendly effort intended to facilitate communication to prompt an effective resolution to the situation. Please allow a reasonable time for Mr. Griffin to respond to our letter. However, should you not hear from him, please contact me at 1-800-204-2222 ext. 1780 or the address listed below to discuss other options. If I do not hear from you in thirty (30) days, I will assume matters have been resolved and close our file regarding this issue.

Sincerely,

Jesús A. Chacón
Program Associate
Client-Attorney Assistance Program

Enclosure

Bryan Price #
TDCJ-ID # 1840344
Darrington Unit
59 Darrington RD.
Rosharon, Tx. 77583

Legal Mail

30 MAR 2015 PM 7 L

Court of Appeals
Seventh District of Texas
P.O. Box 9540
Amarillo, Tx. 79105-9540

79105954040